THE LONG ISLAND RAILROAD COMPANY, Respondent, *v.*
AMERICAN BRIDGE COMPANY OF NEW YORK et al.,
Appellants.

*Long Island R. R. Co.* v. *American Bridge Co.*, 175 App. Div. 170,
affirmed.

(Argued January 16, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered November 29, 1916, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court
in an action to recover upon a contract of indemnity.
Defendant had contracted with plaintiff to erect a certain
bridge and save plaintiff harmless from liability for
injuries to persons or property due to its carrying out
the work. An employee of a subcontractor while in the
performance of his duty was struck by one of plaintiff's
trains and received injuries for which he recovered a
verdict against said plaintiff who in turn sues the defend-
ant to recover the amount thereof.

*William W. Corlett, George Denneny* and *Charles Mac-
Veagh* for appellants.

*William C. Beecher* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, POUND,
CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.